# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2007
Lower Tribunal No. 2022-CA-000124

_____

CORINA DAWSON PARKER,

Appellant,

v.

HOTEL LAKE PLACID, LLC d/b/a/ HOLIDAY INN EXPRESS,

Appellee.

_____

Appeal from the Circuit Court for Highlands County.
Peter F. Estrada, Judge.

June 12, 2026

PER CURIAM.

AFFIRMED. *See Earley v. Morrison Cafeteria Co. of Orlando*, 61 So. 2d 477, 478 (Fla. 1952) ("[I]t is . . . well settled that the proprietor has a right to assume that the invitee will perceive that which would be obvious to him upon the ordinary use of his own senses. 'The law does not require a proprietor of a public place to maintain his premises in such condition that an accident could not possibly happen to a customer. Plaintiff was in turn obligated to exercise a reasonable degree of care for her own safety.'" (first citing *Miller v. Shull*, 48 So. 2d 521, 522 (Fla. 1950); and

then quoting *Matson v. Tip Top Grocery Co.*, 9 So. 2d 366, 368 (Fla. 1942))); *Bensen v. Privilege Underwriters Reciprocal Exch.*, 401 So. 3d 390, 394 (Fla. 6th DCA 2023) (explaining that after the moving party meets its initial burden on summary judgment, the burden shifts to the non-moving party, which "must do more than simply show that there is some metaphysical doubt as to the material facts" and "must go beyond the pleadings and 'identify affirmative evidence' that creates a genuine dispute of material fact" (quoting *Brevard Cnty. v. Waters Mark Dev. Enters., LC*, 350 So. 3d 395, 398 (Fla. 5th DCA 2022))).

STARGEL, MIZE and KAMOUTSAS, JJ., concur.


Morgan Weinstein, of Twig, Trade, & Tribunal, PLLC, Fort Lauderdale, for Appellant.

Mihaela Cabulea and Emily C. Smith, of Butler Weihmuller Katz Craig LLP, and Robert P. Kelly, of Law Office of Robert P. Kelly, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED